IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DION MATHEWS[1],

    Plaintiff,

v.

DR. COX, et al.,

    Defendants.

ORDER

Case No. 20-cv-645-wmc

Plaintiff Dion Mathews a prisoner in the custody of the Wisconsin Department of Corrections, has paid the $400 fee for filing this case. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Dion Mathews's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 27th day of July, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

---

[1] I have amended the case caption to correct the spelling of plaintiff's last name per his complaint, dkt. 1.