IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DION MATHEWS,

    Plaintiff,

v().

JOLINDA WATERMAN, *et al*.

    Defendants.

ORDER

Case No. 20-cv-645-wmc

On November 7, 2025, the court entered an order assessing plaintiff an initial partial payment of the $605 appellate filing fee, which plaintiff has paid.  Now, plaintiff has filed a motion for an order directing prison officials to pay the remainder of the filing fee from his release account.

Under the Prison Litigation Reform Act, an inmate who files an appeal in federal court under the *in forma pauperis* statute, 28 U.S.C. § 1915, must make an initial partial payment of the filing fee under § 1915(b)(1), and then pay the remainder of the fee in monthly installments under § 1915(b)(2).  If a prisoner does not have sufficient funds to make the initial partial payment, then he may withdraw funds from a release account.  However, "nothing in the fee collection provision of § 1915 can be read as requiring the state to allow a prisoner to pay off the balance of a federal court filing fee from money . . . in [a] release account." *Carter v. Bennett*, 399 F. Supp. 2d 936, 937 (W.D. Wis. 2005).  Accordingly, plaintiff's motion to pay the remainder of the appeal fee from a release account is denied.

1

ORDER

IT IS ORDERED that plaintiff Dion Mathews's motion for an order directing prison officials to pay the remainder of the appeal fee for this case from plaintiff's release account is DENIED.

Entered this 3rd day of December, 2025.

BY THE COURT:

/s/
WILLIAM M. CONLEY
United States District Judge